

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

February 17, 2006

Clerk, United District Court
District of New Jersey
4015 Martin Luther King Jr.,
50 Walnut Street
Newark, New Jersey 07102

AMENDED

Re: Transfer of our Civil Case No. CV 05-7287 GPS (CWx)

Case Title: Horng Technical Enterprises Co Ltd v. Sakar International Inc

Dear Sir/Madam:

*N.J. CIVIL 06-816 (KSH)*

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

BARBARA GRAY

By _____
Deputy Clerk

cc: All counsel of record

===============================================================================

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: 06-816-KSH.

Clerk, U.S. District Court

DIANNE C. RICHARDS

By _____
Deputy Clerk

CV-22 (01/01)      TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT