1  Christopher C. McNatt, Jr., Esq. (SBN 174559)
   **SANDLER, TRAVIS & ROSENBERG**
2  **AND GLAD & FERGUSON, P.C.**
   801 South Flower Street, Fifth Floor
3  Los Angeles, California 90017
   Telephone: (213) 327-0155
4  Facsimile: (213) 327-0157

5  Attorneys for Defendant
   Sakar International, Inc.





## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV05-7287 GPS (CWx)

| HORNG TECHNICAL ENTERPRISE CO., LTD., | ) Case No. |
| --- | --- |
| Plaintiff, | ) **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (A) [DIVERSITY]** |
| vs. | ) |
| SAKAR INTERNATIONAL, INC., and DOES 1 through 100, inclusive | ) |
| Defendants. | ) |

DOCKETED ON CM
OCT 1 2 2005
BY _____ 014

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, Sakar International, Inc. ("Sakar") hereby removes to this Court the state court action described below.

1. On August 31, 2005, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Horng Technical Enterprise Co., Ltd., v. Sakar International, Inc., and Does 1 through 100 inclusive, Defendants,* as Case number KC046858.

2. The first date upon which Defendant Sakar received a copy of said complaint was September 7, 2005, when Sakar was served by mail with a copy of the complaint and a summons from the California Superior Court, County of Los Angeles.

1. A copy of the summons, complaint, notice of case management conference, notice of unavailability of counsel and proof of service of summons that were received by Sakar are collectively attached hereto as Exhibit "A". The notice of case management conference and proof of service of summons were received by Sakar's New Jersey counsel on September 16, 2005. The notice of unavailability of counsel was obtained from the court.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a). Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. Plaintiff is a citizen of a foreign state (Taiwan) and the sole named defendant, the Sakar is a citizen of the State of New York, with it principal place of business in the State of New Jersey.

4. This Notice of Removal is timely filed within thirty (30) days after Sakar first received a copy of the summons and complaint in this action.

5. Sakar is the sole named defendant, therefore there is no need to seek or obtain joinder by any other parties.

Dated: October 7, 2005

**SANDLER, TRAVIS & ROSENBERG
AND GLAD & FERGUSON, P.C.**

By
CHRISTOPHER C. McNATT, JR.
**Attorneys for Defendant
SAKAR INTERNATIONAL, INC.**