Christopher C. McNatt, Jr. (SBN 174559)
Scopelitis, Garvin, Light & Hanson, LLP
790 East Colorado Blvd., 9th Floor
Pasadena, CA 91101
T - 626-795-4700
F - 626-795-4790
cmcnatt@scopelitis.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORNG TECHNICAL ENTERPRISE CO., LTD.  PLAINTIFF(S) | CASE NUMBER | 05-CV-07287 GPS (CWx) |
| v. | | |
| SAKAR INTERNATIONAL, INC.  DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION | |

**The following information must be provided:**

I, _____Christopher C. McNatt, Jr._____ am counsel of record in the above-entitled cause of action for the following party(s) Sakar International, Inc. _____ and am requesting the following change(s):

CA State Bar ID number _____174559_____   ☐ Out of state attorney

### SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ TO UPDATE NAME OR FIRM INFORMATION:
  ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
  PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name Scopelitis, Garvin, Light & Hanson, LLP
  New Address 790 East Colorado Blvd., 9th Floor, Pasadena, CA 91101
  New Telephone Number 626-795-4700   New Facsimile Number 626-795-4790
  New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) cmcnatt@scopelitis.com

  *To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)*

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

  Attorney Name _____   CA State Bar Number _____
  Firm/Government Agency Name _____
  Address: _____
  Telephone Number _____   Facsimile Number _____

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, 9th Floor, Pasadena, California 91101.

On January 19, 2006, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Bruce W. Wagner, Esq.
> Attorney at Law
> 1440 North Harbor Boulevard, Suite 800
> Fullerton, California 92835

√  **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

√  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

—  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 19, 2006, at Pasadena, California.

_____
Michelle Lazo