UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE CO., LTD., | Civil Action No. 06-816 (SRC) |
| Plaintiff, | |
| v. | |
| SAKAR INTERNATIONAL, et al., | **SCHEDULING ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court on a joint application by counsel to extend the discovery-related deadlines, and for good cause shown,

**IT IS** on this 30th day of December, 2008,

**ORDERED THAT:**

1. Plaintiff's expert reports were to be served by **December 1, 2008**.

2. Defendant's reply expert reports were to be served by **December 23, 2008**.

3. Plaintiff's response to Defendant's reply expert reports is to be served by **January 9, 2009**.

4. Expert depositions must be completed no later than **January 23, 2009**.

5. All pretrial submissions must be served upon the Court by the time period set forth in Judge Chesler's form of final pretrial order.

6. A joint proposed final pretrial order shall be delivered to Chambers by **February 9, 2009**.

7. A final pretrial conference is scheduled for **February 17, 2009 at 10:00 a.m.** in Courtroom 2C.

_____
MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE