UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HORNG TECHNICAL ENTERPRISE CO., LTD., | : | **Civil Action No. 06-816 (SRC)** |
| | : | |
| Plaintiff, | : | **ORDER TO RE-OPEN CASE** |
| v. | : | |
| SAKAR INTERNATIONAL, INC. | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before the Court upon Plaintiff's request to re-open the case based upon the declaration of liquidator, Chang Wen-Feng (docket item #114), which this Court construes as a motion to re-open; and

**IT APPEARING** that there is good cause to re-open this action; therefore,

**IT IS** on this 16th day of March, 2010,

**ORDERED** that Plaintiff's motion to re-open this action (docket item #114) be and hereby is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall re-open this action and restore it to the active calendar; and it is further

**ORDERED** that any motions regarding the sufficiency of the authority of liquidator Chang Wen-Feng must be made within 14 days of this Order.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge