UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**                                                **June 4, 2010**
**Judge: Chesler**
**COURT REPORTER: KASHMER**          **Docket No 06-816**

**TITLE OF CASE**
HORNG TECHNICAL

v.

SAKAR INTERNATIONAL, INC., et al

# APPEARANCES:

Lawrence C. Hersh, Esq., and Bruce Wagner, Esq.

Ezra Sutton, Esq. For deft.

# NATURE OF PROCEEDINGS:

Trial with jury continued.  All parties present.  Jury present.

Jury not present

Settlement Conference-Counsel reported case settled.  Settlement read into the record and approved by the Court.  Settlement Agreement and Release filed.  OTBS.

Ordered jury released.  Ordered all exhibits returned to counsel.  Ordered trial with jury adjourned.

11:00-1:00 p.m.

# Theresa C. Trivino, Senior Court Specialist/Courtroom Deputy