## Settlement Agreement & Release

06-816

Horng Technical, through its designated agent, the Court appointed Liquidator in Taiwan (Mr. Fen), & Aaker International, hereby agree to the following settlement terms of Civil Action No.

1) The Court appointed liquidator in Taiwan must sign the Settlement Agreement & Release before any settlement funds are paid to the Court appointed liquidator of Horng & before any funds are released to Bruce Wagner, the attorney for Horng.

2) Once the Court appointed liquidator signs the Settlement Agreement, Aaker shall pay $250,000 to the Trust Account of atty Bruce Wagner for disbursement to Mr. Wagner & the Liquidator.

3) This Court, Judge Chesler, shall retain jurisdiction to enforce this Settlement & Mutual Releases.

4) The case is hereby dismissed with prejudice.

5) The Liquidator must sign the Settlement Agreement & Mutual Releases within 30 days of today's date.

June 4, 2010