Settlement Agreement & Release

Hong Technical, through its corporate agent, the court appointed liquidator in Taiwan (Mr. Fan), & Hsiao Shutsuland, hereby agrees to the following settlement terms of Civil Action No. ___.

1) The court appointed liquidator in Taiwan must sign the Settlement Agreement & Release before any Settlement funds are paid to the Court appointed liquidator of Hong & before any funds are released to Bruce Wagner, the attorney for Hong.

2) Once the court appointed liquidator signs the Settlement Agreement, Hsiao Shu-ker shall pay $250,006 to the Trust Account of atty Bruce Wagner for disbursement to Bruce Wagner & the liquidator.

3) This court, Judge Chesler, retain jurisdiction to enforce this Settlement Agreement & Release.

The liquidator must sign the Settlement Agreement of Release within 30 days of today's date.