**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 105
Rutherford, NJ  07070
(201) 507-6300

**BRUCE W. WAGNER**
Attorney at Law
1440 N. Harbor Blvd., Suite 900
Fullerton, CA 92887
(714) 449-3338

Attorneys for Plaintiff HORNG TECHNICAL ENTERPRISE CO., LTD.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――X
:
HORNG TECHNICAL ENTERPRISE       :
CO., LTD.                        : Hon. Stanley R. Chesler, U.S.D.J
                                 : Hon. Michael A. Shipp, U.S.M.J.
             Plaintiff,          : Civil Action No. 06-816 (SRC) (MAS)
                                 :
vs.                              : **NOTICE OF MOTION AND**
                                 : **MOTION TO ENFORCE**
SAKAR INTERNATIONAL, INC. and    : **SETTLEMENT AGREEMENT**
Does 1 through 100, inclusive,   : **AND FOR SANCTIONS**
                                 :
             Defendants.         :
                                 :
―――――――――――――――――――X

TO DEFENDANT SAKAR INTERNATIONAL, INC. AND TO EZRA SUTTON, ITS

ATTORNEY OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on August 16, 2010, at 9:00 a.m., or as soon

thereafter as counsel may be heard, in courtroom PO 08 of this Court, located at the Martin

Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey

07102, before the Honorable Stanley R. Chesler, plaintiff Horng Technical Enterprise Co., Ltd.

("Horng") will and hereby does move the Court for an order enforcing the settlement reached by

1

plaintiff Horng and defendant Sakar International, Inc. ("Sakar") on June 4, 2010 and for sanctions.

The motion will be based upon this notice, the attached memorandum of points and authorities, the attached declaration of Bruce W. Wagner, Esq., all pleadings and proceedings on file in this matter, and such evidence as may be presented at the hearing of the motion.

Oral Argument is requested.

Dated: July 21, 2010                    By: /s/ Lawrence C. Hersh
                                            Lawrence C. Hersh, Esq.


                                        By: /s/ Bruce W. Wagner
                                            Bruce W. Wagner, Esq.

                                        *Attorneys for Plaintiff*
                                        *Horng Technical Enterprise Co., Ltd.*