CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE CO., LTD., | Civil Action No. 06-816 (SRC) |
| Plaintiff, | ORDER |
| v. | |
| SAKAR INTERNATIONAL, INC. | |
| Defendant. | |

**CHESLER**, District Judge

This matter having come before the Court upon the motion to enforce the settlement agreement filed by Horng Technical Enterprise Co, Ltd. ("Horng" or "Plaintiff") (docket item #135).  The Defendant, Sakar International, Inc. ("Sakar" or "Defendant"), has opposed this request.  The Court having reviewed the written and oral submissions; and for the reasons put for at oral argument on August 16, 2010; and for good cause

**IT IS** on this 16th day of August, 2010,

**ORDERED** that the motion to enforce the settlement agreement filed by Horng (docket item #135) be and hereby is **GRANTED**; and it is further

**ORDERED** that both Horng and Sakar execute the Settlement Agreement; and it is further

**ORDERED** that Sakar distribute all funds pursuant to the Settlement Agreement within 15 days of this Order; and it is further

**ORDERED** that this case is **CLOSED.**

CLOSED

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge