EZRA SUTTON, Esq. (ES-2189)
**EZRA SUTTON, P.A.**
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel.: (732) 634-3520
Fax: (732) 634-3511
Attorney for Defendant Sakar International, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE, CO., LTD. | Circuit Court Docket No. _____ |
| Plaintiff, | |
| vs. | Hon. Stanley R. Chesler, U.S.D.J. |
| | Civil Action No.: 06-816 |
| SAKAR INTERNATIONAL, INC. and Does 1 through 100, inclusive, | |
| Defendant. | |

### SAKAR'S NOTICE OF APPEAL

Notice is hereby given that Sakar International, Inc. hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order entered in this action on August 16, 2010, ordering Sakar to pay $250,000 to Horng Technical Enterprise's attorneys, and from each and every part thereof.

Dated: August 31, 2010

_____
EZRA SUTTON,
Attorney for Defendant-Appellant
Sakar International, Inc.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel.: (732) 634-3520
Fax: (732) 634-3511