EZRA SUTTON, Esq. (ES-2189)
**EZRA SUTTON, P.A.**
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel.: (732) 634-3520
Fax: (732) 634-3511
Attorney for Defendant Sakar International, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE, CO., LTD.<br><br>Plaintiff,<br><br>vs.<br><br>SAKAR INTERNATIONAL, INC. and Does 1 through 100, inclusive,<br><br>Defendant. | Hon. Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J.<br>Civil Action No.: 06-816<br><br><br><br>**SAKAR'S NOTICE OF MOTION FOR A STAY PENDING APPEAL** |

TO:   Lawrence C. Hersh
      17 Sylvan Street, Suite 105
      Rutherford, New Jersey 07070
      Tel: (201) 507-6300
      Attorney for Plaintiff

PLEASE TAKE NOTICE that, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, Local Civil Rules 7.1, and 7.2, the undersigned attorney for Defendant Sakar International, Inc. shall move before the Court at a date and time to be determined by the Court as to when counsel may be heard before the Honorable Stanley R. Chesler, at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting Defendant's motion for a stay of the Court's Oder of August 16, 2010 enforcing the Settlement Agreement, during pendency of Sakar's Appeal.

PLEASE TAKE FURTHER NOTICE that in support of this motion the undersigned shall rely upon the accompanying Memorandum of Law, Notice of Appeal, and Supersedeas Bond, together with all pleadings and proceedings on file in this matter. A proposed form of Order is submitted herewith.

Oral argument is requested.

Respectfully submitted,

By: _____
Ezra Sutton, Esq.
Attorney for Defendant Sakar International, Inc.

Dated: August 31, 2010