# APPEAL BOND

Bond No. CGB761805400

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF New Jersey

KNOW ALL by these presents, that Sakar International, Inc. as Principal and Fidelity and Deposit Company of Maryland, a Maryland corporation, as Surety, are held and firmly bound unto Horng Technical Enterprise Co., Inc. in the amount of Two Hundred Fifty Thousand ($250,000.00***) Dollars for payment of which, well and truly to be made, we bind ourselves, our successors and assigns jointly and firmly by these presents.

WHEREAS the said Sakar International, Inc. has petitioned the United States Court of Appeals for the Third Circuit for an appeal to said Court of an action previously decided in the United States District Court, wherein the said Sakar International, Inc. is defendant, and being numbered Civil Action No. 06-816(SRC) on the docket thereof.

NOW THEREFORE, the condition of the obligation is such that if the said Sakar International, Inc. shall pay all cost, disbursements and judgments incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise it shall remain in full force and effect, provided however, the maximum liability of the Surety shall not exceed the sum of Two Hundred Fifty Thousand ($250,000.00***) Dollars.

IN WITNESS WHEREOF, Sakar International, Inc., as Principal and Fidelity and Deposit Company of Maryland, a corporation, as surety, have hereunto set our hands this 31st day of August, 2010.

Principal: Sakar International, Inc.

By: _____

Surety: Fidelity and Deposit Company of Maryland

By: _____

Matthew Wilkoff, Attorney-in-Fact

## Individual Acknowledgment

State of _____

County of _____

   On the _____ day of _____, 20____, before me personally appeared _____

_____

to me known and known to me to be the person described in and who executed the foregoing instrument and ____he_____ thereupon acknowledged to me that _____he_____ executed the same.

 

_____ Notary Public

## Partnership/L.L.C. Acknowledgment

State of _____

County of _____

   On the _____ day of _____, 20____, before me personally appeared _____

_____

to me known and known to me to be one of the firm of _____

described in and who executed the foregoing instrument and _____he_____ thereupon acknowledged to me that _____he_____ executed the same as and for the act and deed of said firm.

 

_____ Notary Public

## Corporate Acknowledgment

State of _NEW JERSEY_____

County of _MIDDLESEX_____

   On the ___2ND_____ day of _SEPTEMBER_____, 20_10_, before me personally appeared _____

_____X ⊕ CHARLES SAKA_____

to me known, who being by me duly sworn, did depose and say that _____he_____ is the _____

_PRESIDENT_ of the _____

the corporation described in and which executed the foregoing instrument; that _____he_____ knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation; and that _____he_____ signed his/her name thereto by like order.

_____ Notary Public

**MA JOSEFINA B. ENRIQUEZ**
**NOTARY PUBLIC OF NEW JERSEY**
I.D. # 2378575
**Commission Expires 10/1/2013**

## ACKNOWLEDGEMENT OF SURETY COMPANY

State of New York  
County of Nassau } ss.     Bond Number: CGB7C1805400

On 8/31/2010, before me personally came _____Matthew Wilkoff_____ to me known, who, being by me duly sworn, did depose and say; that he resides in Mineola, NY; that he is the Attorney-in-Fact of the Fidelity and Deposit Company of Maryland the corporation described in which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he signed his name thereto by like order.

PATRICIA R. LEIPPE  
NOTARY PUBLIC, State of New York  
No. 01LE6008254  
Certificate Filed in Nassau County  
Commission Expires June 8, 2014

_Patricia R. Leippe_  
Notary Public

Form M12 (04/91)

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by WILLIAM J. MILLS, Vice President, and GREGORY E. MURRAY, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Gerald J. WILKOFF and Matthew WILKOFF, both of Mineola, New York,** EACH its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 16th day of February, A.D. 2005.

ATTEST:                                                                                          **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**



*Gregory E. Murray      Assistant Secretary*           By: *William J. Mills      Vice President*

State of Maryland } ss:
City of Baltimore

On this 16th day of February, A.D. 2005, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came WILLIAM J. MILLS, Vice President, and GREGORY E. MURRAY, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Maria D. Adamski      Notary Public*
My Commission Expires: July 8, 2011

POA-F 093-7344A

## EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

## CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company,

this ___31st___ day of _____August_____, __2010__.

*Gerald F. Haley*
*Assistant Secretary*

# FIDELITY AND DEPOSIT COMPANY
OF MARYLAND
3910 KESWICK ROAD, BALTIMORE, MD 21211-2226

**Statement of Financial Condition**
As Of December 31, 2009

### ASSETS

| | |
|---|---:|
| Bonds | $ 156,584,995 |
| Stocks | 22,537,672 |
| Cash and Short Term Investments | 9,719,598 |
| Reinsurance Recoverable | 9,347,241 |
| Other Accounts Receivable | 51,052,264 |
| TOTAL ADMITTED ASSETS | $ 249,241,769 |

### LIABILITIES, SURPLUS AND OTHER FUNDS

| | | |
|---|---:|---:|
| Reserve for Taxes and Expenses | | $ 76,835 |
| Ceded Reinsurance Premiums Payable | | 58,237,612 |
| Securities Lending Collateral Liability | | 5,511,875 |
| TOTAL LIABILITIES | | $ 63,826,322 |
| Capital Stock, Paid Up | $ 5,000,000 | |
| Surplus | 180,415,448 | |
| Surplus as regards Policyholders | | 185,415,447 |
| TOTAL | | $ 249,241,769 |

Securities carried at $38,385,957 in the above statement are deposited as required by law.

Securities carried on the basis prescribed by the National Association of Insurance Commissioners. On the basis of December 31, 2009 market quotations for all bonds and stocks owned, the Company's total admitted assets would be $247,657,513 and surplus as regards policyholders $186,999,703.

I, DENNIS F. KERRIGAN, Corporate Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company on the 31st day of December, 2009.

_____
Corporate Secretary

State of Illinios  } SS:
City of Schaumburg }

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2010.

_____
Notary Public

MARLO G. SARABYN
MY COMMISSION EXPIRES
NOVEMBER 25, 2011