**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102B
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                                                           Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                                                    Fax: (201) 507-6311
                                                                                                                         email:  lh@hershlegal.com

September 29, 2010

**Via ECF**
The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
U.S. Post Office and Courthouse Building
Room 217
Newark, NJ  07101-0999

       Re:  <u>Horng Technical Enterprise Co., Ltd. v. Sakar International, Inc.</u>, 06cv00816

Dear Judge Chesler:

       On August 16, 2010, your honor issued an order granting the motion of Horng Technical Enterprise Co., Ltd. ("Horng") to enforce settlement and directing Sakar International, Inc. ("Sakar") to sign the settlement documents and pay the settlement sum within fifteen (15) days.

       On August 31, 2010, Sakar filed a notice of appeal.  The appeal was docketed with the Third Circuit Court of Appeals on September 8, 2010.

       Third Circuit Local Appellate Rules, Rule 3.1 [3d Cir. L.A.R. 3.1 (2008)] states as follows:  "No later than 30 days after the docketing of a notice of appeal, the trial judge may file and transmit to the parties a written opinion or a written amplification of a prior written or oral recorded ruling or opinion.  Failure to give notice of appeal to the trial judge will not affect the jurisdiction of this court."

       Horng respectfully requests that your honor file and transmit by October 8, 2010, thirty (30) days after the docketing of the notice of appeal, a written opinion or a written amplification of your prior written order and recorded ruling granting Horng's motion to enforce settlement.

       Thank you.

                                          Very truly yours,

                                          <u>/s/Lawrence C. Hersh</u>
                                          Lawrence C. Hersh

cc:  Ezra Sutton, Esq. (vie ECF)