# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

October 13, 2010

Lawrence C. Hersh, Esq.
17 Sylvan Street
Suite 102B
Rutherford, New Jersey 07070

        **Re:    Horng v. Sakar**
                **Civil Action No. 06-816**

Dear Mr. Hersh:

      The Court has received your letter of September 29, 2010 [docket entry 156], in which you ask the Court to file a supplemental writing in addition to its August 16, 2010 opinion and order granting Horng's motion to enforce settlement. The written order and oral opinion are adequate and the Court will provide nothing further at this time.

                                  Very truly yours,

                                    _____ s/ _____
                                  STANLEY R. CHESLER
                                  United States District Judge