UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE, CO., LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SAKAR INTERNATIONAL, INC., : <br> : <br> Defendant. : | Civil Action No. 06-816 (SRC) <br><br> **ORDER** |

**CHESLER**, District Judge

    This matter comes before the Court on the motion for a stay pending appeal by Defendant, Sakar International, Inc. ("Defendant") [docket entry 149]. Defendant seeks a stay of this Court's Order of August 16, 2010, ordering Sakar to sign the Settlement Agreement and to pay Plaintiff $250,000, pending final disposition of Defendant's appeal of the decision to the Third Circuit, with the posting of a supersedeas bond. The Court having considered the properly filed written submission of the parties, the motion will be conditionally granted.

    **IT IS** on this 14th day of October, 2010,

    **ORDERED** that Defendant's motion for entry of an order staying this action [docket entry 149] is **GRANTED** on the condition that Defendant posts an additional supersedeas bond in the amount of $1,500; and it is further

    **ORDERED** that Defendant is required to maintain the supersedeas bond filed with this

Court on August 31, 2010.


                                                                  s/ Stanley R. Chesler
                                                            Stanley R. Chesler, U.S.D.J