LAW OFFICES

# EZRA SUTTON, P. A.

A PROFESSIONAL CORPORATION
900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

EZRA SUTTON*
JOSEPH SUTTON**
ANTHONY M. MORANO*

PATENTS
TRADEMARKS
COPYRIGHTS
LICENSING

*N.J. AND N.Y. BARS
**N.J. BAR AND N.Y. FEDERAL BARS

(732) 634-3520
FAX: (732) 634-3511
www.ezrasutton.com

October 20, 2010

**By Federal Express and ECF**
Mr. Carey Carlisle
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

RE: SAKAR 6.0-006
Horng Technical Enterprise, Co., Ltd. v. Sakar International, Inc.
Civil Action No.: 06cv00816

Dear Mr. Carlisle:

Enclosed is a Court Order from Judge Chesler, ordering Sakar International, Inc. to post an additional Bond in the amount of $1,500. Accordingly, enclosed is a check from Sakar International in the amount of $1,500 made out to the Clerk of the Court. Please keep these funds posted with the Court until Sakar's pending Appeal has been resolved or decided by the Court.

Please note that Sakar has already posted a Bond in the amount of $250,000, and the Bond has been filed with the Court, as ordered by Judge Chesler.

Respectfully submitted,

EZRA SUTTON, Esq.

ES/mdp

cc: Hon. Judge Stanley Chesler (by ECF)
Lawrence Hersh, Esq. (by ECF)
Bruce Wagner, Esq. (by ECF)
Sakar International (by ECF)

**SAKAR INTERNATIONAL, INC.**
195 CARTER DRIVE
EDISON, NJ 08817-2068

HSBC
HSBC Bank USA New York, NY 10018
1-108/210

060229

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 060229 | 10/18/2010 | V9133 |

PAY   CLERCK OF THE DISTRICT COURT OF N.J.

One Thousand Five Hundred and 00/100****************************************************************************

CHECK AMOUNT
**1,500.00

TO THE
ORDER
OF
CLERCK OF THE DISTRICT COURT OF N.J.
MARTIN LUTHER KING BUILDING & U.S. COURT
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101

AUTHORIZED SIGNATURE

⑈060229⑈ ⑉021001088⑊ 610047817⑈

060229

| ACCOUNT NO. | V9133 | CLERCK OF THE DISTRICT COURT OF N.J. | | 10/18/2010 | CHECK NO: | 060229 |
|---|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| AP1010180017 | 10182010 | 10/18/10 | 1,500.00 | 1,500.00 | BOND PURCHASE | |

SAKAR INTERNATIONAL INC.   CHECK TOTAL   1,500.00

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORNG TECHNICAL ENTERPRISE, CO., LTD., : | Civil Action No. 06-816 (SRC) |
| Plaintiff, : | ORDER |
| v. : | |
| SAKAR INTERNATIONAL, INC., : | |
| Defendant. : | |

**CHESLER, District Judge**

This matter comes before the Court on the motion for a stay pending appeal by Defendant, Sakar International, Inc. ("Defendant") [docket entry 149]. Defendant seeks a stay of this Court's Order of August 16, 2010, ordering Sakar to sign the Settlement Agreement and to pay Plaintiff $250,000, pending final disposition of Defendant's appeal of the decision to the Third Circuit, with the posting of a supersedeas bond. The Court having considered the properly filed written submission of the parties, the motion will be conditionally granted.

**IT IS** on this 14th day of October, 2010,

**ORDERED** that Defendant's motion for entry of an order staying this action [docket entry 149] is **GRANTED** on the condition that Defendant posts an additional supersedeas bond in the amount of $1,500; and it is further

**ORDERED** that Defendant is required to maintain the supersedeas bond filed with this

Court on August 31, 2010.

                                                    <u>s/ Stanley R. Chesler</u>
                                                    Stanley R. Chesler, U.S.D.J