UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HORNG TECHNICAL ENTERPRISE CO., LTD.
    Plaintiffs,  :  Civil 06-816 (SRC)

vs..

SAKAR INTERNATIONAL, INC.
    Defendants.  :  **CLERK'S CERTIFICATE OF CASH DEPOSIT**

I hereby certify that on __10/21/10  $1,500.00 [Receipt #3460]__ representing deft., __SAKAR INTERNATIONAL, INC.__ for __SUPERSEDEAS BOND__ was deposited in the Registry pursuant to Order filed on 10/14/10.

Very truly yours,

WILLIAM T. WALSH, Clerk

by:

s/Donna DeAngelis

Deputy Clerk